UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RASHID MUNIR, on behalf of himself and on
behalf of all other similarly-situated persons,

                        Plaintiffs,

            -against-                              13 Civ. 1581 (PKC)

SUNNY'S LIMOUSINE SERVICE, INC. and
SHAFQAT CHAUDHRY,

                        Defendants.
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

        Please enter the appearances of **Jonathan M. Kozak** and **Jennifer Papas** as attorneys for Defendants in this action.

                            Jonathan M. Kozak
                            kozakj@jacksonlewis.com
                            Jennifer Papas
                            papasj@jacksonlewis.com
                            Jackson Lewis LLP
                            One North Broadway, Suite 1502
                            White Plains, New York 10601
                            (914) 328-0404

Dated: April 4, 2013         By:     _____
      White Plains, New York              Jonathan M. Kozak
                                              Jennifer Papas

                                            *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RASHID MUNIR, on behalf of himself and on
behalf of all other similarly-situated persons,

                Plaintiffs,

      -against-                                13 Civ. 1581 (PKC)

SUNNY'S LIMOUSINE SERVICE, INC. and
SHAFQAT CHAUDHRY,

                Defendants.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance has been electronically filed and served upon Plaintiff's counsel via First Class Mail, postage prepaid, on April 4, 2013 at the address listed below:

> David E. Gottlieb, Esq.
> THOMPSON WIGDOR LLP
> 85 Fifth Avenue
> New York, NY 10003
> *Attorneys for Plaintiffs*

                                              _____
                                              Jennifer Papas