UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RASHID MUNIR, on behalf of himself and on behalf of all other similarly-situated persons,

                Plaintiffs,

-against-

SUNNY'S LIMOUSINE SERVICE, INC. and SHAFQAT CHAUDHRY,

                Defendants.

------------------------------------------------------------x

13 Civ. 1581 (PKC)

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

        Please enter the appearances of **Jonathan M. Kozak** and **Jennifer Papas** as attorneys for Defendants in this action.

                              Jonathan M. Kozak
                              kozakj@jacksonlewis.com
                              Jennifer Papas
                              papasj@jacksonlewis.com
                              Jackson Lewis LLP
                              One North Broadway, Suite 1502
                              White Plains, New York 10601
                              (914) 328-0404

Dated: April 4, 2013            By: _____
      White Plains, New York                  Jonathan M. Kozak
                                              Jennifer Papas

                                              *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RASHID MUNIR, on behalf of himself and on
behalf of all other similarly-situated persons,

                Plaintiffs,

      -against-                              13 Civ. 1581 (PKC)

SUNNY'S LIMOUSINE SERVICE, INC. and
SHAFQAT CHAUDHRY,

                Defendants.
------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance has been electronically filed and served upon Plaintiff's counsel via First Class Mail, postage prepaid, on April 4, 2013 at the address listed below:

                David E. Gottlieb, Esq.
                THOMPSON WIGDOR LLP
                85 Fifth Avenue
                New York, NY 10003
                *Attorneys for Plaintiffs*

                _____
                Jennifer Papas