UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
RASHID MUNIR, WAQAR U.R. REHMAN, :
SALMAN HAQ, TAHIR M. KHAN, :
MOHAMMED N. MALIK and MOHAMMED A. : Civil Action No. 13-cv-1581 (PKC)
CHATTHA, on behalf of themselves and on behalf :
of all other similarly situated persons, :
 : **NOTICE OF MOTION**
 :
                Plaintiffs, :
 :
v. :
 :
SUNNY'S LIMOUSINE SERVICE, INC. and :
SHAFQAT CHAUDHRY, :
 :
                Defendants. :
------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that pursuant to 29 U.S.C. § 216(b), Plaintiffs Rashid Munir, Waqar U.R. Rehman, Salman Haq, Tahir M. Khan, Mohammed N. Malik and Mohammed A. Chatta ("Plaintiffs"), on behalf of themselves individually and on behalf of all similarly situated persons, will move this Court, at the United Stated Courthouse located at 500 pearl Street, New York, New York 10007, before the Honorable P. Kevin Castel, on a date at a time to be designated by the Court, for an order: (1) granting conditional certification of Plaintiff's claims under the Fair Labor Standards Act, (2) authorizing Plaintiffs to send notice of this action and a consent form to members of the putative collective, (3) directing Defendants to provide Plaintiffs with the name, address, phone number, email address and other contact information available for the members of the putative collective, and (4) awarding Plaintiffs such other and further relief that the Court seems just and proper.

Pursuant to the Court's order, Plaintiffs' moving papers are being served today, May 24, 2013; Defendants' opposition papers are due by or before June 14, 2013; and Plaintiffs' reply

papers are due by or before June 28, 2013. Oral argument will be scheduled, if necessary, at a date and time designated by the Court.

Dated: May 24, 2013
      New York, New York

Respectfully submitted,

THOMPSON WIGDOR LLP

By: _____
Douglas H. Wigdor
David E. Gottlieb
Tanvir H. Rahman

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@thompsonwigdor.com
dgottlieb@thompsonwigdor.com
trahman@thompsonwigdor.com

*Attorneys for Plaintiffs
and the Putative Collective*