UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RASHID MUNIR, WAQAR U.R. REHMAN,
SALMAN HAQ, TAHIR M. KHAN,
MOHAMMED N. MALIK and MOHAMMED
A. CHATTHA, on behalf of themselves and on
behalf of all other similarly situated persons,

                      Plaintiffs,

        v.

SUNNY'S LIMOUSINE SERVICE, INC. and
SHAFQAT CHAUDHRY,

                      Defendants.
------------------------------------------------------------------x

Civil Action No. 13-cv-1581 (PKC)

**NOTICE OF CONSENT TO JOIN**

      I hereby consent to join as a party plaintiff in the above-captioned matter seeking damages and other relief that may be appropriate against the aforementioned Defendants for their alleged violations of the Fair Labor Standards Act, and designate the named plaintiffs as my agent to make decisions on my behalf concerning the lawsuit, the method and manner of conducting the lawsuit, entering into an agreement with the named plaintiffs' counsel concerning attorneys' fees and costs, entering into a settlement agreement with the defendants, and all other matters pertaining to this lawsuit. I understand that by filing this Notice of Consent to Join form, I will be bound by the judgment of the Court on all issues in the case.

ALI HALIDU
Print Name

2042 MORRIS AVE #2B
Address

BRONX NY 10453
City/State/Zip

ali-halidu@yahoo.com
Email Address

Ali Halidu
Signature

08-27-2013
Date

Mail, Fax or Email to:
David E. Gottlieb, Esq.
Tanvir H. Rahman, Esq.
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
Phone: 212-257-6800
Fax: 212-257-6845
Email:
dgottlieb@thompsonwigdor.com
trahman@thompsonwigdor.com