UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RASHID MUNIR, WAQAR U.R. REHMAN,
SALMAN HAQ, TAHIR M. KHAN,
MOHAMMED N. MALIK and MOHAMMED
A. CHATTHA, on behalf of themselves and on
behalf of all other similarly situated persons,

                Plaintiffs,

    v.

SUNNY'S LIMOUSINE SERVICE, INC. and
SHAFQAT CHAUDHRY,

                Defendants.
-----------------------------------------------------------x

Civil Action No. 13-cv-1581 (PKC)

OPT-IN FORM

I hereby consent to join as a party plaintiff in the above-captioned matter seeking damages and other relief that may be appropriate against Defendants SUNNY'S LIMOUSINE SERVICE, INC. and SHAFQAT CHAUDHRY for their alleged violations of the Fair Labor Standards Act. I understand that by filing this Consent Form, I will be bound by the judgment of the Court, whether favorable to me or not.

**Name:**       Muhammad Jawad Anjum

**Address:**    88-20 76th Street, Woodhaven, NY 11421

**Telephone:**  718-450-6632

**Email:**      jawadanjum@gmail.com

**Signature:**  /s/ MUHAMMAD J. ANJUM

**Date:**       09/04/13