UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
RASHID MUNIR, WAQAR U.R. REHMAN, :
SALMAN HAQ, TAHIR M. KHAN, :
MOHAMMED N. MALIK and MOHAMMED : Civil Action No. 13-cv-1581 (PKC)
A. CHATTHA, on behalf of themselves and on :
behalf of all other similarly situated persons, :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiffs, : **NOTICE OF CONSENT TO JOIN**
　　　　　　　　　　　　　　　　　　　　:
　　　v. :
　　　　　　　　　　　　　　　　　　　　:
SUNNY'S LIMOUSINE SERVICE, INC. and :
SHAFQAT CHAUDHRY, :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants. :
---------------------------------------------------------------- x

　　　I hereby consent to join as a party plaintiff in the above-captioned matter seeking damages and other relief that may be appropriate against the aforementioned Defendants for their alleged violations of the Fair Labor Standards Act, and designate the named plaintiffs as my agent to make decisions on my behalf concerning the lawsuit, the method and manner of conducting the lawsuit, entering into an agreement with the named plaintiffs' counsel concerning attorneys' fees and costs, entering into a settlement agreement with the defendants, and all other matters pertaining to this lawsuit.  I understand that by filing this Notice of Consent to Join form, I will be bound by the judgment of the Court on all issues in the case.

HICHEM MESSAOUDI
Print Name

50-62 69th Street, APT 3F
Address

Woodside, NY, 11377
City/State/Zip

hijoe16@yahoo.com
Email Address

_____
Signature

09/02/2013
Date

Mail, Fax or Email to:
David E. Gottlieb, Esq.
Tanvir H. Rahman, Esq.
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
Phone: 212-257-6800
Fax: 212-257-6845
Email:
dgottlieb@thompsonwigdor.com
trahman@thompsonwigdor.com

5